IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WAYNE MADOLE                                                                                    PLAINTIFF
ADC #158959

V.                                        NO: 5:16CV00377 JLH/PSH

RORY L. GRIFFIN, *et al.*                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Madole's TRO Motions (Doc. Nos. 40 & 49) are denied.

DATED this 25th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE