IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WAYNE MADOLE, ADC #158959                                                    PLAINTIFF

V.                              NO: 5:16CV00377 JLH/PSH

RORY L. GRIFFIN, *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Madole's claims against the Doe defendants are DISMISSED WITHOUT PREJUDICE.

DATED this 25th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE