IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| WAYNE MADOLE<br>ADC #158959 | PLAINTIFF |
| V. NO: 5:16-CV-00377 JLH-PSH | |
| DR. RONALD STUKEY; DR. GUY<br>MICHAEL HENRY; JASON KELLEY;<br>TIMOTHY FALOON; RAMONA HUFF;<br>and DENISE KRABLIN | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

The motion for summary judgment (Doc. No. 26) should be granted; Madole's claim(s) against Dr. Henry, Kelley, Faloon, Huff, and Krablin are dismissed without prejudice; and Madole's claim(s) against Dr. Stukey is limited to the issues and the time period raised in VSM16-03128.

DATED this 21st day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE