IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WAYNE MADOLE　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #158959

V.　　　　　　　　　　NO: 5:16-CV-00377 JLH-PSH

RONALD STUKEY　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

Dr. Stukey's motion for summary judgment (Doc. No. 79) is granted, and Madole's claims against Dr. Stukey are dismissed with prejudice.

DATED this 3rd day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE