IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WAYNE MADOLE                                                                                                    PLAINTIFF
ADC #158959

V.                                      NO: 5:16-CV-00377 JLH

RONALD STUKEY                                                                                                 DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case; the relief sought is denied.

DATED this 3rd day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE